IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERI RICARD,

    Plaintiff,

vs.                               CASE NO.: 4:05cv489-SPM/WCS

STATE OF FLORIDA, DEPARTMENT
OF BUSINESS & PROFESSIONAL
REGULATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (doc. 12) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 11th day of April, 2006.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge